UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MICHAEL A. LOMBARDO, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV416-037 |
| QUICKEN LOANS, INC. and LIBERTY MUTUAL FIRE INSURANCE COMPANY, | ) |
| Defendants. | ) |

# ORDER

The Court having reviewed and considered the petition of Brent J. Kaplan of the law firm of Isenberg & Hewitt, P.C., 6600 Peachtree Dunwoody Road, 600 Embassy Row, Suite 150, Atlanta, Georgia 30328, for permission to appear pro hac vice on behalf of defendant Liberty Mutual Fire Insurance Company, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Brent J. Kaplan as counsel of record for defendant Liberty Mutual Fire Insurance Company, in this case.

**SO ORDERED** this __4th__ day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA