FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 AUG 10 PM 12: 33

CLERK _____
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

MICHAEL A. LOMBARDO,                    )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )        CASE NO. CV416-037
                                        )
QUICKEN LOANS INC. and LIBERTY          )
MUTUAL FIRE INSURANCE COMPANY,          )
                                        )
        Defendants.                     )
_____)

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice. (Doc. 28.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed pursuant to "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITHOUT PREJUDICE,** and each party shall bear its own costs and fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this _10th_ day of August 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA